1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MARIO MIRANDA MADRIGAL,           ) NO. CV 10-3552-MMM (MAN)
                                       )
12                    Petitioner,      )
                                       )
13        v.                           ) ORDER ACCEPTING FINDINGS AND
                                       )
14   LELAND McEWAN,                    ) RECOMMENDATIONS OF UNITED STATES
                                       )
15                    Respondent.      ) MAGISTRATE JUDGE
     _____)
16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition

19   for Writ of Habeas Corpus ("Petition"), all of the records herein, the

20   Report and Recommendation of United States Magistrate Judge ("Report"),

21   and Petitioner's Objections to the Report.  The Court has conducted a *de*

22   *novo* review of those matters to which objections have been stated in

23   writing.  The Court accepts the findings and recommendations set forth

24   in the Report.[1]

25

26        IT IS ORDERED that:  (1) the Petition is denied; and (2) Judgment

27   _____

28        [1]Petitioner's request for an evidentiary hearing – which appears to
     be the primary, if not sole, basis for his objections to the Report and
     Recommendation – is denied. See *Cullen v. Pinholster*, ___ U.S. ___, 131
     S.Ct. 1388 (2011); *Stokley v. Ryan*, 659 F.3d 802 (9th Cir. 2011).

1   shall be entered dismissing this action with prejudice.

2

3

4

5       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

6   the Judgment herein on the parties.

7

8       LET JUDGMENT BE ENTERED ACCORDINGLY.

9

10  DATED:   June 13, 2013.

11

12                                        _____

13                                        MARGARET M. MORROW
                                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     2