**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO MIRANDA MADRIGAL, | ) NO. CV 10-3552-MMM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LELAND McEWAN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 13, 2013.

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE